# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02994-SKC-STV

SUPERFAST GMBH

        Plaintiff,

v.

SCOTT OLIVER; SCOTT OLIVER LAW
LLC; and JOHN DOES 1-10

        Defendants.

## DECLARATION OF SCOTT OLIVER

Pursuant to 28 U.S.C. § 1746, I, Scott Oliver, residing at 8280 Deer Run, Longmont, Colorado, 80503, declare the following:

1. I am over the age of 18 and am competent to testify to the matters set forth herein.

2. I am the owner and manager of Scott Oliver Law, LLC ("SOL").

3. I have personal knowledge of the facts stated in this declaration.

4. I handled disbursement of funds received from a holding company with common ownership to the Plaintiff in this matter pursuant to various contracts related to the purchase by Plaintiff of build slots for two Ferrari 812 Competizione super cars (the "Aperta" and "Coupe", respectively).

5. I utilized the technology platform Sciopay, as agreed to by all parties, to receive the funds, ensure that the correct exchange rates were calculated and to have the ability to transfer funds to various international entities and individuals.

6. Sciopay utilizes the vendor RFX Consultants ("RFX") to communicate with customers.

7. On or about March 13, 2023, two separate wires for €751.000,00 (together, the "Premium") were sent by WoFaBe Holding GmbH to the Sciopay account I set up for the Aperta and Coupe transactions (the "Sciopay Account"). Copies of the wire confirmations for each transaction are attached hereto as **Exhibits A & B**, respectively.

8. On or about March 14, 2023, I drafted and sent two separate banking letters on behalf of TAK Investment Holdings LTD to memorialize payment of the premium for the Aperta and Coupe in the amount of €427.000,000 each (total payment of €854.000,00), which were then submitted to RFX. Copies of the banking letters on behalf of TAK Investment Holdings LTD are attached hereto as **Exhibits C & D**, respectively.

9. On or about March 14, 2023, I drafted and sent two separate banking letters on behalf of Knight International to memorialize payment of a broker's fee in the amount of $67,000.00 for each of the Aperta and Coupe, which were then submitted to RFX. Copies of the banking letters on behalf of Knight International are attached hereto as **Exhibits E & F**, respectively.

10. On or about March 14, 2023, I drafted and sent two separate banking letters on behalf of Scott Oliver Law LLC to memorialize payment of SOL's fee plus a five percent (5%) buyer broker management fee in the amount of $67,000.00 for each of the Aperta and Coupe which were then submitted to RFX. Copies of the banking letters to SOL are attached hereto as **Exhibits G & H**, respectively.

11. On or about March 15, 2023, I received an email confirmation from RFX of receipt of the total Premium in the Sciopay Account. Copies of the email confirmations from RFX of

receipt of the Premium are attached hereto as **Exhibits I & J**, respectively.

12. On or about March 16, 2023, after initiating payment, I received two email confirmations from RFX, one of a SPOT Transaction Note and one of instructions for payment in the amount of 245,245.26 AED each to Knight International representing payment of the broker's fee from the Sciopay Account. Copies of the emails are attached hereto as **Exhibits K & L**, respectively.

13. On or about March 16, 2023, after initiating payment, I received an email from RFX confirming payment of the total Premium from the Sciopay Account to TAK Investment Holdings LTD in the amount of $871,080.00. A copy of the email regarding the transfer of the Premium is attached hereto as **Exhibit M**.

14. On or about March 16, 2023, after initiating payment, I received two email confirmations from RFX, one of a SPOT Transaction Note and one of instructions for payment in the amount of $67,000.00 each, for payment from the Sciopay Account of SOL's fee plus a 5% buyer broker management fee. Copies of the emails are attached hereto as **Exhibits N & O**, respectively.

15. On or about March 17, 2023, I received an email from RFX confirming payment instructions to Marcus Korbach Consulting in the amount of €190.000,00 from the Sciopay Account for Marcus Korbach's broker fee for the Aperta and Coupe. A copy of the email is attached hereto as **Exhibit P**.

16. On or about March 20, 2023, after initiating payment, I received two emails from RFX for payment to Marcus Korbach Consulting and Claudio Tribolo, each in the amount of €190.000,00, for the Aperta and Coupe. Copies of the emails are attached hereto as **Exhibits Q & R**, respectively.

17. On or about April 4, 2023, I received two emails from RFX confirming receipt of payment in the Sciopay Account on behalf of SOL in the amount of €230.370,00 and €201.000,00 for the second payments and options for the Aperta and Coupe. Copies of the emails are attached hereto as **Exhibits S & T**, respectively.

18. On or about April 5, 2023, I drafted and sent two separate banking letters on behalf of TAK Investment Holdings LTD to memorialize payment of the second payment and options for the Aperta and Coupe in the amount of €230.370,00 and €201.000,00, respectively, after initializing a transfer of those amounts from the Sciopay Account. Copies of the banking letters to TAK Investment Holdings LTD for the second payment and options are attached hereto as **Exhibits U & V**, respectively.

19. Finally, on or about April 5, 2023, after initializing payment, I received confirmation of payment from the Sciopay Account in the amount of $460,358.06 to TAK Investment Holdings LTD for the second payment and options for the Aperta and Coupe. A copy of the email for the payment for the second payment and options is attached hereto as **Exhibit W**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 19th, 2025

By: _____