# Exhibit R

# Declaration of Scott Oliver

 Outlook

**Your payment to Claudio Tribolo has been dispatched! (Scott Oliver Law, Llc)**

| | |
|---|---|
| From | RFX Consultants <notifications@sciopay.co> |
| Date | Mon 3/20/2023 4:40 AM |
| To | Scott Oliver <scott@scottoliverlaw.com> |
| Cc | andy@rfxconsultants.co.uk <andy@rfxconsultants.co.uk> |



# Payment ████████████████ sent

Hello Scott Oliver,

Your payment of **190,000.00 EUR** to **Claudio Tribolo** with reference **Ferrari 812 Competizione Superfast GmbH** has been sent successfully.

## Beneficiary details

| | |
|---|---|
| Entity type | Individual |
| Beneficiary address | Corso Sebastopoli 280/A |
| Beneficiary city | Torino |
| Beneficiary country | Italy |

## Bank details

| | |
|---|---|
| BIC/SWIFT | ██████████ |
| IBAN | ████████████████████ |
| Payment type | SEPA payment |

If you require any further assistance, please contact us on:
or via email at andy@rfxconsultants.co.uk

Thank you,
**The RFX Consultants Team**

T&Cs    Privacy policy    Cookie policy    Contact us

Payment services for RFX Consultants are provided by Sciopay Ltd

Sciopay Ltd, a company incorporated in England & Wales

**Registration No: 12352935**

Sciopay Ltd is licensed and regulated by HMRC as a Money Service Business (MSB)

**License No: XCML00000151326**

Sciopay Ltd is authorised by the Financial Conduct Authority as an Authorised Payment Institution

**Firm Reference Number: 927951**