IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02994-SKC-STV

**SUPERFAST GMBH,**

    Plaintiff,

v.

**SCOTT OLIVER; SCOTT OLIVER LAW LLC; AND JOHN DOES 1-10**

    Defendants.

---

### STIPULATED PRELIMINARY INJUNCTION ORDER

---

Plaintiff Superfast GmbH ("Plaintiff") and Defendants Scott Oliver ("Oliver") and Scott Oliver Law LLC (individually, "Oliver Law" and together with Oliver, the "Defendants") (collectively with Plaintiff, the "Parties"), through their respective counsel, jointly file this Stipulated Preliminary Injunction Order, stating as follows:

    1.    Plaintiff filed its Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction on September 26, 2025. Defendants filed their Response to the Motion for TRO and Preliminary Injunction on November 21, 2025.

    2.    On October 7, 2025 (ECF 18), the Court entered a TRO, which was subsequently extended through the December 18, 2025 preliminary injunction hearing.

6204081.1

3.  In order to avoid the time and expense associated with the preliminary injunction hearing, the Parties have stipulated to the following:

a.  Except for ordinary course daily living expenses for Oliver and ordinary course business operating expenses for Oliver Law, Defendants are restrained and enjoined from directly or indirectly dissipating assets, including but not limited to, transferring, liquidating, converting, selling, concealing, disbursing, assigning, spending, granting a lien or security interest or other interest in, or otherwise disposing of any funds, real or personal or business property, accounts, or any other assets, or any interest therein, wherever located, that are (a) owed or controlled, directly or indirectly, by Defendants, in whole or in part, or held, in whole or in part, for the benefit of Defendants; (b) in the actual or constructive possession of Defendants; or (c) held by, for, or under the name of Defendants, at any bank or other financial institution or depository of any kind;

b.  Defendants must obtain prior Court approval for any expenses above ordinary course personal expenses for Oliver and ordinary course business operational expenses for Oliver Law;

c.  By December 22, 2025, Oliver shall account for all assets set forth in sub-section 2.a above from January 1, 2021 to present, with the accounting done as of January 1 of each calendar year and as of December 19, 2025; and

2

6204081.1

   d. By January 7, 2026, the parties shall confer and attempt to reach a stipulation on the amount of reasonable monthly personal expenses for Oliver and operational expenses for Oliver law based on verification of Defendants' income and expenses. If the parties cannot reach a stipulation on such expenses, Defendants' allotment for reasonable monthly expenses shall be set by the Court after a forthwith hearing.

  4. The hearing on Plaintiffs' Motion for Preliminary Injunction and all associated deadlines, including Defendant Oliver's deadline to respond to expedited discovery, are vacated.

**IT IS SO ORDERED.**

DATED:              BY THE COURT:

December 16, 2025

                    S. Kato Crews
                    United States District Court

3

6204081.1